## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SCOTT MACKLING,

            Plaintiff,

     vs.

ANDREW SAUL, Acting Commissioner of
Social Security;

            Defendant.

**8:20CV347**

**JUDGMENT**

Pursuant to the memorandum and order entered this date, the Court hereby enters judgment in favor of plaintiff Scott Mackling against defendant Commissioner of Social Security[1], pursuant to the Equal Access to Justice Act, attorney fees in the amount of $2,764.55 are to be paid directly to the Plaintiff's attorney, less any offset to satisfy a pre-existing debt to the United States. Filing fee of $400.00 is likewise to paid directly to the Plaintiff's attorney.

Dated this 20th day of January, 2022.

          BY THE COURT:

          s/ Joseph F. Bataillon
          Senior United States District Judge

---

[1] When this matter was initially filed, Andrew Saul was the commissioner, now Kilolo Kijakazi holds the position of commissioner.